**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lian Hong Jin on behalf of herself and all other Plaintiffs similarly situated known and unknown,<br><br>                  Plaintiff,<br><br>    v.<br><br>YH RESTAURANT INC. dba Hahm Ji Bach, HAHM JI BACH CATERING SERVICES, INC. dba Janchi Myeonga and YOUNG HWAN KIM<br><br>                  Defendants, | Index No. 21-CV-3666<br><br>COLLECTIVE ACTION UNDER 29 U.S.C. § 216(B) & 216(B)<br>F.R.C.P. RULE 23 CLASS ACTION<br><br>**NOTICE OF MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lian Hong Jin, sworn to on October 29, 2021, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, before the Honorable Eric R. Komitee, Jr., for an Order: (1) granting collective action status, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b); (2) ordering the Defendants to produce a Microsoft Excel data file containing contact information, including but not limited to last known mailing addresses, last known telephone numbers, last known email addresses, Social Security numbers, work locations, and dates of employment for all those individuals who have worked for the Defendants as a non-managerial employee, and a misclassified managerial employee but his/her primary duties are not managerial between August 25, 2018 and the date this Court decides this Motion; (3) authorizing that notice of this matter be sent to members of the putative class; (4) authorizing equitable tolling of the statute of limitation pending the expiration of the opt-in period; and (5) ordering the Defendants to post the approved Proposed

Notice in conspicuous locations at the location where the Prospective Collective Action Members worked, or are now working.

Dated: October 29, 2021

      /s/ Ryan Kim
Ryan J. Kim

Ryan J. Kim, Esq.
Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd.
Suite 490
Fort Lee, NJ 07024
ryan@RyanKimLaw.com