**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Lian Hong Jin on behalf of herself and all other Plaintiffs similarly situated known and unknown,<br><br>        Plaintiff,<br>  v.<br><br>YH RESTAURANT INC. dba Hahm Ji Bach, HAHM JI BACH CATERING SERVICES, INC. dba Janchi Myeonga, and YOUNG HWAN KIM<br><br>        Defendants, | Index No. 21-CV-3666 (MMH)<br><br><br><br><br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants YH Restaurant Inc, d/b/a Hahm Ji Bach, Hahm Ji Bach Catering Services, Inc and Young Hwan Kim (collectively, "Defendants"), having offered to allow Lian Hong Jin ("Plaintiff") to take a judgment against them, in the sum of Two Hundred Thirty Thousand Dollars and No Cents ($230,000.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 11, 2022, and filed as Exhibit A to Docket Number 14;

**WHEREAS**, on February 25, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 14);

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiff Lian Hong Jin, in the sum of Two Hundred Thirty Thousand Dollars and No Cents ($230,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 11, 2022, and filed as Exhibit A to Docket Number 14.

Dated: _____March 7 , 2022_____          BRENNA B. MAHONEY, Clerk of Court
          Brooklyn, New York

                                         By:_____*Jalitza Poveda*_____
                                                  Deputy Clerk